Sileoni 98822
Po Box 51
Boise ID 83707

United States District Court
For the District of Idaho

Sileoni Maximiliano
          Plaintiff

                                        Case No.

IDoc Staff's health provider's
          Defendants                    Prisoner Civil Right Complant
being sue in their, personal and        Jury trial Requested ⦿ yes ... ○ No
in their official capasity

A. Jurisdiction

the united State District court for the District of Idaho has Jurisdiction over my claims
under:

1.) 42 usc §1983 plaintiff seek Relief for the violation of his federal and constitutional
    Right

2.) plaintiff also ask this court to exercise Supplemental Jurisdiction over state law claims

3.) Jurisdiction of this court is invoked pursuant to 28 u.s.c §1331 in that this is a
    civil action arising under the constitution of the united states

4.) Jurisdiction of the federal court is invoked pursuant to 28 u.s.c § 1343 (a)(3) in
    that this action seek to Redress the deprivation under color of state law of Right's
    secured by Act's of congress providing for equal Right of person within the
    Jurisdiction of the united state.

1.

## B.) Nature of the case

- All name deffendent did the following
- violated Plaintiff First and Eighth Amendment
- Refuse to treat OR Provide medical treatment
- Refuse OR ignore to Provide Surgery
- this ARe all the Physical Problem's
- Prostate
- tunsils
- fatty Liver
- Lower Left Back Pain Lost of balence at time
- Right Sholder Bone Pain
- CirCumCision
- Both eyes Flotting Black spot
- Lung phelm's, Pain on Bolt Lung do to Some desiese on other cause
- heaRt Rappied Beat that cause cronic Pain do to Rhymidic problem
- EAR Pain on Bolt EARS Lost of hearing and A Beepping sound on Bolt ears that Never goes away
- PyeRonies Desises
- all medical Provider defendent were made known of all this health problems do to the Covid-19 pandemic all IDoc Provider and nurse were only seying inmate Not on an every day basis, and by the time they were seen All those provider and nurses cover all of the corent H-s-R that were submited. meaning that all name defendant provider medical Directors, or supervisor were made known of all this corrent complaint that I have descrive here, at All melting they all cover a brift melting with me about all this Problem's, and did not provided treatment. on the prostate Problem I was perscrive 3 deferent type of medical medication that cause me Altheimers symptom's and Lose of vision and confusion I had them all stop do to the side effect's.

C.) Defendant Philippe Timmermas. A I Doc Staff
~~AI Doc staff~~. PoBox 51 Boise ID 83707.

* Im claiming that Defendant did the following
* Did not Provided Circumcision surgery do to my Christianity Belief and Practice
* Did not Provided Prostate Surgery Removal.
* Did not provided tunsil treatment or surgery
* Did not Provided Fatty Liver treatment cronic Pain
* Did not Provided Ear hearing aids and of treatment cronic Pain
* Did not Provided Right Sholder treatment cronic Pain
* Did not Provided lower Left Back treatment cronic Pain lost of balence at time
* Did not provided Lung treatment cronic Pain
* Did not provided on Blot eyes do to Black floting Spot any treatment or Removing them
* Did not provided treatment for Raffled heart Beat that cause cronic Pain
* Did not provided treatment for Pyeronies desises
* Do to Defendant violating Plaintiff First and Eighth amendment Plaintiff want the following
Relief
* ~~Did not Provided treatment for Pyeronies desises~~
* Treatment or Surgery on all name physical Health problems
* any
Monetery, nominal, Punitive and any declaratory Relief from Court $100
One hundred dollars

3

C.) Defendant Dice Diana   A IDoc Staff
PO Box 70010 Boise ID 83707

* Im Claiming that defendant did the following

○ Did not provided circumcision surgery do to my Christianity belief and practice

○ Did not provided prostate surgery removal

○ Did not provided tunsil treatment or surgery

○ Did not provided fatty liver treatment cronic pain

○ Did not provided ear hearing aid and or treatment cronic pain

○ Did not provided right sholder treatment croni pain

○ Did not provided lower left back treatment cronic pain lost of ballence at ime

○ Did not provided lung treatment cronic pain

○ Did not provided on Both eyes do to black flotting spot any treatment or removing them

○ Did not provided treatment for rapppied heart beat that cause cronic pain

○ Did not provided treatment for pyeronies desises

○ Do to defendant violating plaintiff first and eighth amendment plaintiff want the following relief

○ treatment or surgery on all name physical health problems

○ monetery, nominal, punitive and any declaratory relief from court $100 any one hundredth dollere

4

C.) Defendant Keller Craig  A IDoc Staff
    PO Box 14 Boise ID 83707

* Im claiming that defendant did the following denied me on the grievance
* Did not provided Prostate Surgery removal
* Did not provided Circumcision Surgery do to my Christianity Belief and Practice
* Did not provided tunsil treatment or Surgery
* Did not Provided fatty liver treatment cronic pain
* Did not provided ear hearing aid and or treatment cronic pain
* Did not provided Right sholder treatment cronic pain
* Did not provided Lower left Back treatment cronic pain lost of balance at time
* Did not provided Lung treatment cronic pain
* Did not provided on BDit eyes do to Black flotting spot any treatment or Removing them
* Did not provided treatment for Rapplied heart Beat that cause cronic pain
* Did not provided treatment for Pyeronies Desises
* Did not provided treatment for plaintiff First and Eighth Amendment plaintiff want the following Relief
* Do to defendant violating plaintiff First and Eighth Amendment plaintiff want the following Relief

* treatment or Surgery on all name Physical health problems

* any monetery, nominal, Punitive and any declaratory Relief From court $100.00 one hundred dollars

C.) defendant Epperson John   A IDoc Staff
Po Box 51 Boise ID 83707

- Im claiming that defendant did the following this IDoc health Provider knowing of all my corrent complaint of health problems did not provided treatment or surgery for All All the following Problems
- Did not provided Prostate surgery Removal
- Did not provided Circumcision surgery do to my christian belief and Practice

- Did not Provided tunsil treatment or surgery

- Did not provided Patty Liver treatment cronic Pain

- Did not provided Ear hearing aid and or treatment cronic pain

- Did not provided Right shelder treatment cronic Pain

- Did not provided lower left Back treatment cronic Pain Lost of Balence at time

- Did not provided lung treatment cronic Pain

- Did not provided treatment on Bolt eyes do to having Black Flotting spot by removing them

- Did not provided treatment for Rappied heart beat that cause cronic pain

- Did not provided treatment for pye cronic desises

- Did not provided treatment for pye cronic desises

- Do to defendant violating Plaintiff first and Eighth Amendment plaintiff want the following Relief

- treatment or surgery on all name physical problems

- any monetery, nominal, punitive and any declaratory Relief from court $100.00 one hundred dollars

C.) defendant Reece, Anthony   A IDoc Staff
PO Box 70010 Boise ID 83707

- Im claiming that defendant did the following this IDoc health provider knowing of all my content complaint of health problems did not provided treatment or surgery for all the following problems
- Did not provided Prostate Surgery Removal
- Did not provided circumcision surgery do to my christian belief and practice
- Did not provided tunsil treatment or surgery
- Did not provided fatty liver treatment cronic pain
- Did not provided Ear hearing aid and or treatment Cronic Pain
- Did not provided Right Sholder treatment
- Did not provided lower left Back treatment cronic Pain lost of balance at time
- Did not provided lower left Back treatment cronic pain
- Did not provided Lung treatment cronic pain
- Did not provided treatment on Both eyes do to having black flotting spot by Removing them
- did not provided treatment for Rappied heart beat that cause cronic pain
- Did not provided treatment for pgeronies desises
- Did not provided treatment for pgeronies desises
- do to defendant violating plaintiff first and Eighth Amendment plaintiff want the following Relief
- treatment or surgery on all name physical problems
- any monetery, nominal, punitive and declaratory Relief from court $100 one hundred dollors

C.) Defendant Brown Colin   A IDOC Staff
PO Box 70010   Boise ID 83707

• Im claiming that defendant did the following this Idoc health Provider Knowing of all my current complaint of health problems did not Provided treatment or Surgery for all the following problems

• Did not Provided Prostate surgery Removal
• Did not Provided Circumcision Surgery do to my Christian belief and Practice
• Did not Provided tunsil treatment or Surgery
• Did not Provided Fatty Liver treatment croni pain
• Did not Provided Ear hearing aid and or treatment cronic pain
• Did not Provided    Right Sholder treatment
• Did not Provided Lower left Back treatment cronic pain lost of Balance at time
• Did Not Provided Lung treatment cronic pain
• did not Provided treatment on Bolt eyes do to having Black floting spot by Removing
  -the pr
• did not Provided treatment for Rappied heart beat that cause cronic pain
• Did Not Provided treatment for Pye Ronies desies

• do to defendant violating Plaintiff First and Eighth amendment Plaintiff want the following Relief

• treatment or Surgery on all name Physical problems

• any monetery, nominal, punitive, and declaratory Relief from court
$100 one hundred dollar

C.) Defendant Bushnell Anthony   A = Doc Staff
PO Box 70010 Boise ID 83707

- I'm claiming that defendant did the following this IDoc health provider knowing of all my current complaint of health problems did not provided treatment of surgery for the All the following problems
- Did not provided Prostate Surgery Removal
- Did not provided Circumcision Surgery do to my christian belief and practice
- Did not provided tunsil treatment of surgery
- Did not provided fatty Liver treatment cronic pain
- Did not provided Ear hearing aid and of treatment cronic pain
- Did not provided Right sholder treatment cronic pain
- Did not provided Lower left Back treatment cronic pain Lost of balance at times
- Did not provided Lung treatment cronic pain
- did not provided treatment on both eyes do to having Black Plotting spot by Removing them
- Did not provided treatment for Rappied heart beat that cause cronic pain
- Did not provided treatment for pyeronies Desises
- Did not provided treatment for violating plaintiff first and Eighth Amendment plaintiff want the following Relief
- treatment or surgery on all name physical problems
- any monetery, nominal punitive and declaratory Relief from court $100 one hundred dollars

C.) defendant celedon Jose   A JDoc Staff
Po Box 14 Boise ID 83707

o Im claiming that defendant did the following this IDoc health Provider Knowing of all my corlent complaint of health Problems did not Provided treatment or Surgery for all the following Problems

o did not Provided Prostate Surgery Remoal

o did not Provided tunsil treatment or Surgery

o did not Provided Fatty liver treatment cronic Pain

o did not Provided Ear hearing aid and or treatment cronic Pain

o did not Provided Right Sholder treatment

o did not Provided Lower left back treatment cronic Poin lost of balance at time

o did not Provided lung treatment cronic Pain

o did not Provided treatment on Bolt eyes do to having Black floting spot by Removing them

o did not Provided treatment for Rapp ied heart beat that Cause cronic Pain

o did not Provided treatment for Pyeronies desies

o did not Provided circumcision Surgery do to my christian believe and Practice

o do to defendant violating plaintiff first and Eighth amendment plaintiff want the following Relief

o treatment or Surgery on all name Physical Problems

o any monetery, nominal, Punitive and declaratory Relief from court $100 one hundred dollars

10

C.) defendant more Patricia    A IDOC STAFF
Po Box 70010 Boise ID 83707

- Im claiming that defendant did the following this IDOC Health Provider
  Knowing of all my corrent complaint of health problems did not Provided
  treatment or surgery FOR all the following problems
- did not Provided prostate surgery Removal
- did not Provided tunsil treatment or Surgery
- did not Provided fatty Liver treatment Cronic pain
- did not Provided Ear hearing aid and or treatment cronic pain
- did not Provided Right Sholder treatment
- did not Provided lower left back treatment cronic pain lost of balance at time
- did not Provided Lung treatment cronic pain
- did not Provided treatment on Bolt eyes do to having Black Ploting spot by Removing them
- did not Provided treatment for Raffied heart beat that cause cronic pain
- did not Provided treatment for PyeRonies desies
- Did not Provided treatment for PyeRonies desies
- did not Provided cilcumcision surgery do to my christian believe and practice

- do to defendant violating plaintiff firs and Eighth amendment plaintiff want the following Relief

- treatment or Surgery on all nance physical problems

- any monetery, nominal, Punitive and declaratory Relief from court $ 100 one hundred dollar

C.) Defendant Samson Susan   A IDOC STAFF
PO BOX 70010 Boise ID 83707

• Im Claiming that defendant did the following this IDoc health provider
knowing of all my current complaint of health problems did not provided treatment
OR surgery for all the following Problems

• Did not Provided Prostate surgery Removal

• Did not Provided Circumcision surgery deto my Christian belief and Practice

• Did not provided tansil treatment or surgery

• Did not Provided fatty Liver treatment cronic Pain

• Did not Provided Ear hearing aid and or treatment cronic Pain

• Did not Provided Right Sholder treatment

• Did not Provided Lower Left Back treatment cronic Pain Lost of Balance at time

• Did not Provided Lung treatment cronic Pain

• Did not provided treatment on Bott eyes deto having Black floting spot by Removing them

• did not Provided treatment for Rappied heart beat that cause cronic pain

• did not Provided treatment for Pyeronies desies

• Did not Provided treatment for first and Eighth amendment Plaintiff want the
following Relief

• do to defendant violating Plaintiff First and Eighth amendment Plaintiff want the
following Relief

• treatment OR surgery on all name Physical Problems

• any monetery, nominal punitive and declaratory Relief from court $ 100 onehundred
dollar

C.) defendant Young Anthony    A IDoc Staff
PO Box 70010 Boise ID 83707

• Im claiming that defendant did the following this IDoc health provider Knowing of all my corrent complaint of health problems did not provided treatment or surgery for the All the following problems
• Did not provided prostate surgery Removal
• Did not provided circumcision surgery do to my christian belief and practice
• Did not provided tunsil treatment or surgery
• Did not provided fatty liver treatment cronic pain
• Did not provided Ear hearing aid and or treatment cronic pain
• Did not provided lower left back treatment cronic pain lost of balance at time
• Did not pRovided treatment on Bolt eyes do to having black flotting spot by Removing them
• Did not provide treatment for Ropped heart beat that cause cronic pain
• Did not provide treatment for Pyeronies desises
• Did not provided treatment for cronic pain
• Did not provided sholder treatment cronic pain
• Did not provided shoulder treatment and Eighth amendment plaintiff want the do to defendant violating plaintiff first and Eighth amendment plaintiff want the following Relief

• treatment or surgery on all name physical problems

• Any monetery, nominal punitive and declaratory Relief from court $100.00 one hundred dollars

C.) defendant Switzer Joshua A IDOC Staff
PoBox 51 Boise ID 83707

Im Claiming that this health Provided did Not Schedual me with the doctore
After meeting on all the following health Problem. and Stated that I had
a meeting comming up and to Address all my complaint with the Provider
Note: that IDoc health provider dodn't treat any in mate anless they are
Schedual For the Problem that they want to be Seen For and All the
IDoc providers dont Like to Address no other problem then the one
that they Are Seing the in mate For and all IDoc Provider ASK
All Inmate to Submit a H-S-R For one PER-Complaint Inmate
Are Not Allow to Make Complaint on A H-S-R About Moltiple health
Problem, So this NURse fail to Schedual me to get Seen By the provider
on all this health problem's

• Did not Provided treatment for tunsic or Surgery
• Did not Provided Lower left Back treatment cronic pain lost of Balance at time
• Did not Provided treatment For Pyeronies desies
• Prostate Surgery
• Fatty Liver treatment
• Do to defendant violating Plaintiff first and Eighth amendment Plaintiff want the
   following Relief

• treatment or Surgery on all name Physical Problems

• any monetery, nominal, Punitive, and declaratory Relief from court $100 one hundred
dollars

C.) defendant Stypinski Laura    A IDOC Staff
   Po Box 51  Boise ID 83707

• Im claiming that on 12-17-20 this nurse came to my door and Refuse to treat me for chess pain, their were two male c/o at my door in IMSI B-86, they were giving this nurse some kind of facial and hand hint and this nurse walk of After telling me that chess pain was Not A symptom that was An emergency that she could treat me for. As well on 11-27-20 I was Really sick with what I believe was Covid-19 and had A hard time Breathing this nurse came by and Refuse to treat me and walk of After telling me that I Look fine, Note that the same male c/o was present that morning so their were small talk in Between them. and she walk of this nurse has some kind of problem helping me and it makes me believe that it has to do with me and my sex-crime of Race Later it turns out that I was Really sick with the common flu

• do to defendant violating Plaintiff Eighth Amendment Plaintiff want the following Relief

• treatment next time Im sick or in Pain

• any monetery, nominal, punitive and declaratory Relief from court $100 one hundred dollar.

C.) defendant Bon Jovi Sgt   A IDOC Staff
PO Box 70010
Boise ID 83707

° Im claiming that on 8-26-20 this Sgt from Iscc unit A-1 came to
my door in 1-D-7-B and I told him that I had chess Pain and would Like
to Be seen by medical he said that they here call and walk off. No one came
As well on 8-25-20 I was in the unit and Push the call Light and told
Corprol Chappell I Believe it was the one that I told through the call Light
that I had Chess pain and would Like to see medical and she said that
they She was to call them and all that day I was Not Seen. So you
Can see that this ISCC D-Block Staff did Not Bother to Kall a Nurse
to See me.

• do to defendant violating my Eighth amendment plaintiff want the
following Relief

° treatment went Im Sick or in Pain

• any monetery, nominal, punitive and declaratory Relief from court $100
one hundred dollar

16

C.) defendant Omar Coka A Idoc staff
PO Box 14 Boise ID 83707

• Im claiming that the morning of 10-14-20 while this Nurse came to my door for pill delivery I told nurse that I had chess pain and she Egnor me and did not say any thing and walk of As soon As I took my Pill.

• Note: that latter that day I told another male c/o Around 9pm that I was with chess pain all Day since the morning and that this nurse Rewalk off on me After making the Report that I was having chess Pain A male Nurse was call, FARMER B. and he took me to medical. But harAssing me all the way their see Defandant farmer, for more info on this. c Farmer

• this harAssment would of Not happen if this nurse omar would of took me to medical
  • Nurse did not Provided any treatment on Bleeding from my Bolt ankel's do to being have to use legs Restrain wen move out of cell nurse seen the cut and did not treated me

• do to defendant violating plaintiff Eighth amendment plaintiff want the following Relief

• treatment went Im Sick or in Pain

• any monetery, nominal, punitive, and declaratory Relief from court $ 100 one hundred dollar.

1.

C.) Defendant Farmer Bryan    A IDOC Staff
PO Box 14  Boise ID 83707

- I'm claiming that defendant did the following with the help of ISCI staff on date 10-14-20, Defendant was call after I told unit staff that I was having chess pain, Defendant came and ask me what was the problem. I told him chess pain,

- After corprel hammer and other staff of the 7 male c/o that were present to this nurse of the reason why I was in ISCI un. 8. I was leg shackel, hand cuff and walk by two male c/o to unit 8-A dayroom and was ask to sit on a chair

- to one side of me was this Asian looking male c/o that was in a stending position to jump on me if I made a wrong move

- the nurse ask me what was the problem, I told him that since the morning I was having chess pain that I told nurse Omair of it and she ignore me and walk off

- this defendant knows plaintiff from ISCC and he dont like plaintiff do to wen standing to work at ISCC facility nurse Ussery, was his trainy staff and he did not talk good about me, they dont like my race or sex-crime

- the defendant walk to me berry care fully while all 7 male c/o were all around me ready to beat me up, and defendant stended to touch my left chess area and for me to tell him were it hert

- I told the nurse that it was not muscle or on the skin, the defendant put a risk and finger device to check my heart, while the defendant did this I could not but help my self and notice that the Asian c/o and this other 6 foot tall white male bold headed c/o were with their rith hand up ready to grab me.

- the nurse told all the male c/o that I had elevated heart beat and that would needed to go to medical, I was walk out of unit 8 by the Asian c/o and the 6 foot tall c/o once out side I told the Asian c/o that I could not walk right and wanted to get a ride on the medical car. the whit c/o told me to start walking I told them that I was desoriented and was seated on the car.

- the Defendant came out side off unit 8 and was raising his voice stating, to bolt c/o hey he is on dobble-full I dont fill concerbel with him ridding on back of me

- the Asian c/o grab plaintiff by the arm as to pull plaintiff off the trasport car and plaintiff starded I can't walk I dont fill good

- Defendant stated why, why cant you walk in a loud voice, I dont fill good to walk I fill numb, plaintiff stated

- Defendant stated well your going to have to walk I dont fill concerbel with you ridding behaind me. your going to have to figure it out.

- After a whole minute of silent the tall c/o stated with a lot of frastration, Look man by now we would of gotten to medical I dont know why you dont want to walk Look is a sunny day

(C) Defendant Farmer Bryan

- No one said a word it was a dead silent and plaintiff said well if this dude dont want to give me a Ride well then find me a wheel chair and push me to medical

- how Bad do you fill Sileoni ask the defendant, Br

- Bad enofe to not walk

- the tall white c/o Ask for this o the male c/o that was by the unit 8 door to see if thier was a wheel chair in the unit some where, so plaintiff would be taken to medical and the male c/o when inside for a wheel chair

- by this time plaintiff, since he was walk out side from unit 8 to go to medical he was waiting for more then 10 minut do fo the clenries of the trasport plus another five minute waiting on a wheel chair

- the wheel chair came and plaintiff was sit on it and push to medical seven minute latter plaintiff was in medical in a Room

- plaintiff was Ask to sit on this Bed and he did

- the white c/o push and pull plaintiff on the bed to make plaintiff lay on his Back while being hand cuff with Both hands on his Back, the waet weight Of plaintiff crush plaintiff Rist

- plaintiff said hey Your herting my Rist by making me lay on my Back on top of them, and plaintiff was trying to lay on his side and the white c/o keep on Pulling plaintiff to lay on his Back stating hey he need to do the ECG on you

- plaintiff said well unkuff me and cuff my hands in front of me, couse this cuffs are crushing my Rist and clawing my Back

- the Asian c/o pick a phone up and call shift comander and ask for permission to Restrain plaintiff in the front. After two minute of talking to the shift comander it was clear

- the tall c/o with a loud voice said were not going to have any problem are we plaintiff said no

- while the whit c/o was Removing the hand cuff the Asian c/o was in front of me Ready to Slamp on me, he ask plaintiff to put Both hands on his head, plaintiff was hand cuff in front of him by the asian c/o and while the Asian c/o was doing this he was looking at plaintiff with such hate

- plaintiff once cuff in his front he Lay on his Back and the male Nurse push up plaintiff shirt After 10 minute of ARguing and getting permision to get hand cuff infront of plaintiff the defendant storded to put the sticky pad on plamtiff to conect the ECG apparates cables

3

C.) Defendant famer Bryan

● While the defendant was connecting the cables on the sticky pad he starded to ask plaintiff interrogatory question about why he was at ISCI

● Defendant said so why are you in clobbel pull ?

● Plaintiff said some staff accuse me of assult

● Defendant said what made you do it, what made you assult staff

● Plaintiff said this staff is just making up storys

● Defendant said some of ISCI unit 8 staff mention that you fingered this female nurse

● Plaintiff said that's their story and did not said anything else

● After this interrogatory question the nurse push a few keys on the ECG maching and after a few second turn it off and rip the paper with the result and remove all the cables of plaintiff body and walk off to make a call while both c/o were ready to jump on me.

● Plaintiff was waiting for 10 minute till the defendant came back and told the c/o that he was clear that he probably had multiple anxiety attack

● Both c/o they put plaintiff hand behand his back doing their same procedure and was walk to the door and the asian c/o said you can walk now like if some how I was com plitely heald of some thing plaintiff said NO I still see everything yellow and blurry and plaintiff was puts on the wheel chair and push to unit 8-A-13-A ISCI

● all this was done out of hate and to harass and discriminate plaintiff and incriminate him

● do to defendant violating plaintiff Eighth amendment plaintiff want the following Relief

   ● treatment in a timely fugion and not harass and or discriminated

● Any monetary, nominal, punitive and declaratory Relief from court $100 one hundred dollar's

20

C.) defendant  Dallas Lindsey    A IDoc Staff
P° Box 70010 Boise ID 83707

• Im claiming that defendent on 9-21-20 did not provided me with any treatment when ~~that~~ I told defendant that I was having chess pain defendant walk off, I was At ISCC in A-Block Shower getting A intake Screening to he house in seg  defendant ignore me when I told her of my chess pain I Believe that She did this do to that I was in the hole over A Accusation of Apperently Assulting Some Staff


• do to defendant violating plaintiff Eighth amendment plaintiff want the following Relief

• treatment when im Sick or in Pain

• any monetery, nominal, punitive and declaratory Relief from court $100 one hundred dollars

21

C.) defendant Siegert Rona    A IDOC STAFF
PO Box 70010 Boise ID 83707

• Im claiming that this grievance Respondence denied me the following treatment and surgery

• Circumcision Surgery
• Prostate Surgery
• tunsil & treatment or surgery
• EAR treatment
• Fatty Liver treatment
• Right Shoulder treatment
• Lower left Back pain treatment
• Bolt eye's treatment on floting Black spot
• heart Rappied Beat treatment
• Lung treatment
• ~~PEEE00~~
• pyeronies desies treatment or surgery

• Im claiming that this defendant Knowing of all my health problem could off heip me but choose to denied me treatment by denreging the responce to the multiple grievance that I submitted requesting treatment

• do to defendant violating plaintiff First and Eignth amendment plaintiff want the following ~~treat~~Relief

• treatment or surgery on all Physical Problems

• any monetery, Nominal, Punitive and declaratory Relief from court $100 one hundred dollars

22

C.) defendant Jones patrick   A IDOC STAFF
POBOX 70010 Boise ID 83707

- Im Claiming that this grievance respondance denied me the following treatment and surgery
- Circumcision surgery
- prostate surgery
- tunsic treatment or surgery
- EAR treatment
- fatty Liver treatment
- Right sholder treatment
- Lower left Back pain treatment
- Bolt eyes treatment on floting Black spot
- heart Raffied Beat treatment
- Lung treatment
- pyeronies desies treatment or surgery

- Im claiming that this defendant Knowing of all my health problems cared off help me but choose to denied me treatment by denieffing the Responce to the multiple grievance that I submitted Requesting treatment

- do to defendant violating plaintift first and Eighth amendment plaintift want the following Relief

- treatment or surgery on all physical problems

- any monetery nomoral, punitive and declaratory Relief from court $100 one hundred dollars

23

C.) defendant Johnson Chris   A IDOC Staff
P O Box 70010   Boise ID 83707

- Im claiming that this grievance Respondance denied me the following treatment and Surgery
- circumcision Surgery
- postate surgery
- tunsil treatment or Surgery
- EAR treatment
- fatty Liver treatment
- Right Sholder treatment
- lower left Back pain treatment
- Bolt eyes treatment on floting Black spot
- heart Rappied Beat treatment
- Lung treatment
- Pyeronies desies treatment or Surgery
- Im claiming that this defendant knowing of all my health problems could off help me but choose to denied me treatment by denreying the Responee to the multiple grievance that I submitted requesting treatment

- do to defendant violating plaintiff first and Eighth amendment plaintiff want the following Relief
- treatment or surgery on all Physical problems
- and moneters, nominal, punitive and declaratory Relief from court $ loo one hundred dollar

C.) Defendant Pierson Samuel    A IDOC STAFF
PO Box 70010 Boise ID 83707

• Im claiming that this grievance Respondance denied me the following treatment and surgery

• Circumsision Surgery

• Prostate Surgery

• tunsil treatment or Surgery

• Ear treatment

• Fatty Liver treatment

• Right Sholder treatment

• Lower left Back pain treatment

• Bolt eyes treatment on floting Black Spot

• heart Rappied Beat treatment

• Lung treatment

• Pyeronies desies treatment or Surgery

• Im claiming that this defendant knowing of all my health problem could off help me but choose to denied me treatment by denieging the Responce to the multiple grievance that I Submitted Requesting treatment

• do to defendant violating plaintiff first and Eighth amendment plaintiff want the following Relief

• treatment or Surgery on all physical problems

• any monetary, nominal, punitive and declaratory Relief from court $100.00 one hundred dollar

(C.) defendant  Cano Ashley  A IDoc staff
Po Box 70010 Boise ID 83707

• Im claiming that this grievance respondance denied me the following treatment and Surgery

• Circumcision Surgery
• PRostate Surgery
• tunsil treatment or Surgery
• EAR treatment
• fatty Liver treatment
• Lower left Back pain treatment
• Bolt eyes treatment on floting Black Spot
• heart Rappid Beat treatment
• lung treatment
• pyeRonies desies treatment or surgery

• Im claiming that this defendant Knowing of all my health problems could off help me but Choose to denied me treatment by denieying the Responce to the multiple grievance that I submitted Requesting treatment

• doto defendant Violating plaintiff first And Eignth amendment Plaintiff want the following Relief

• treatment or Surgery on all Physical problems

• any monerery, nominal, punitive, and declaratory Relief from Court $100 one hundred dollars

D.) Plaintiff Sileoni Maximiliano 98822
PO BOX 51 Boise ID 83707

- Im the Plaintiff in this Case, Im a Citizen from Argentina santa fe
- Im Currently At Ims I prison
- Im Bringing claims against all name defendant, on violation of my first and Eighth amendment. do that they participated in not treating me, or not providing Relief on all my health problems As well do to that defendant discriminating me and ignor me and or harassted me while at treatment. or did not provided any treatment at all.

- Im Asking this court for all of my health problem to be treated and or surgery to be provided. As well im Asking this court to grant me any monetery, nominal, punitive and declaratory Relief from court and $100 one hundred dollars from all defendant

27

## D. PREVIOUS OR PENDING LAWSUITS

I have pursued or am now pursuing the following other lawsuits: *(include (1) all lawsuits in state or federal court related to the subject matter of this action, and (2) any federal court civil rights lawsuits, related or unrelated, and note whether you have received a strike under 28 U.S.C. § 1915(g) for filing a complaint that is frivolous, malicious, or fails to state a claim upon which relief can be granted.)*

| Court | Case No. | Case Name | Status of Case | Strike? |
|-------|----------|-----------|----------------|---------|
| | | | | |
| | | | | |

## E. REQUEST FOR APPOINTMENT OF ATTORNEY

I do ⊗  do not ◯    request that an attorney be appointed to represent me in this matter. I believe that I am in need of an attorney for these particular reasons which make it difficult for me to pursue this matter without an attorney:

Pro Bono Attorney if Possible

## F. DECLARATION UNDER PENALTY OF PERJURY

I declare under penalty of perjury:

that I am the plaintiff in this action, that I have read the complaint, and that the information contained in the complaint is true and correct. 28 U.S.C. § 1746; 18 U.S.C. § 1621; and

that I deposited this complaint postage prepaid in a United States postal depository unit on
1-9-21 *(date)*; OR that I gave the complaint to prison officials for mailing and filing with the Clerk of Court under the indigent inmate policy on 1-9-21 *(date)*; OR *(specify other method)*

Executed at          ImSI          on    1-9-21          .
                  *(Location)*                    *(Date)*

                                    _____
                                    *Plaintiff's Original Signature*

*Note: Fill in the page numbers. Keep one copy of the complaint for yourself (or you may send a copy to the Clerk of Court with your original complaint so that the Clerk can stamp the date and case number on the copy and return it to you), but do not send extra copies of the complaint to the Court for Defendants or otherwise. Do not attach original exhibits to your complaint, such as your only grievance copy. Do not attach more than 25 pages of exhibits. If you have more exhibits, wait until the Court determines you can proceed and then seek leave to file them for an appropriate purpose. After your complaint has been filed, it must be reviewed by a federal judge to determine whether you can proceed.*

**PRISONER COMPLAINT - p. 3_**                           *(Rev. 10/24/2011)*